## McNEIL v. STATE.
### No. 26064.

Court of Criminal Appeals of Texas.
Nov. 26, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with the offense of possessing liquor for the purpose of sale. He was found guilty and assessed a penalty of 60 days in jail and a fine of $250.

There is no statement of facts or bill of exception in the record. All proceedings appear to be regular and no error is revealed by the transcript brought forward on appeal.

The judgment is affirmed.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully transporting intoxicating liquor in a dry area. The punishment assessed is a fine of $400.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.